

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2015

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B., ET AL., CHILDREN,**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Melissa Uram-Degerolami, Judge Presiding

## O R D E R

The Appellant Dorothy Bustos' Motion to Extend Time to File Brief is hereby GRANTED. Appellant's brief will be due 20 days from the date the full appellate record is filed in this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court